Argued February 27, affirmed March 5, petition for rehearing denied March 29, petition for review denied May 30, 1973

ROBERT LEE BURNS, *Petitioner, v.* CUPP, *Respondent.*

506 P2d 730

*Ralph W. G. Wyckoff,* P.C., Salem, argued the cause and filed the briefs for petitioner.

*William R. Canessa,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and THORNTON, Judges.

PER CURIAM.

AFFIRMED. *Bishop v. Cupp,* 7 Or App 349, 490 P2d 524 (1971).